✔ JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ETHAN T. ARROYO, | No. 2:22-cv-07947-MAA |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: November 29, 2023

/ s / Audero
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE